UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MICHAEL CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:09-cv-02337-PMP-LRL |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| KAREN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Dated: July 30, 2010 |

PRESENT:   THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:  Carol DePino    RECORDER:       None

COUNSEL FOR PLAINTIFF(S):        None Appearing

COUNSEL FOR DEFENDANT(S):        None Appearing

    Before the court is plaintiff's Request Order of No Extension (#23, filed May 12, 2010). On May 3, 2010, defendant filed a Motion for Enlargement of Time (Second Request) (#19), which this court granted on May 6, 2010. Plaintiff's Request (#23), dated May 10, 2010, asks the court to issue "a order of no extension of time and CD #19 be deny for submitted in bad faith and for the purpose of delays." Plaintiff's Request (#23) is moot, inasmuch as the Motion for Enlargement of Time (#19) was granted prior to plaintiff's request to deny it. Accordingly,

    IT IS ORDERED that plaintiff's Request Order of No Extension (#23) is denied as moot.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**