UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MICHAEL CLARK, | ) | |
| | ) | |
|         Plaintiff, | ) | 2:09-CV-02337-PMP-LRL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KAREN SMITH, | ) | |
| | ) | |
|         Defendant. | ) | |

Having reviewed *de novo* the Report and Recommendation of the Magistrate Judge (Doc. #66), and there being no timely objections thereto filed by the Parties, and it further appearing that the Recommendation is warranted,

**IT IS ORDERED that** the Recommendation of the Magistrate Judge (Doc. #66) is **AFFIRMED** and that Plaintiff's Complaint is hereby **DISMISSED** with prejudice. The Clerk of Court shall forthwith enter judgment accordingly.

DATED: February 7, 2012.

_____
PHILIP M. PRO
United States District Judge