# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL CLARK,<br><br>        Plaintiff,<br><br>vs.<br><br>KAREN SMITH,<br><br>        Defendant. | 2:09-CV-02337-PMP-LRL<br><br>**ORDER** |

Having reviewed *de novo* the Report and Recommendation of the Magistrate Judge (Doc. #66), and there being no timely objections thereto filed by the Parties, and it further appearing that the Recommendation is warranted,

**IT IS ORDERED that** the Recommendation of the Magistrate Judge (Doc. #66) is **AFFIRMED** and that Plaintiff's Complaint is hereby **DISMISSED** with prejudice. The Clerk of Court shall forthwith enter judgment accordingly.

DATED: February 7, 2012.

_____
PHILIP M. PRO
United States District Judge